UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MERCER,

            Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,

           Defendant.

22-CV-2271 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 31, 2022, the Court granted Plaintiff leave to file an amended complaint within 30 days. On June 28, 2022, the Court received a letter from Plaintiff requesting an extension of time to submit his amended pleading. The Court grants Plaintiff's request. Plaintiff is directed to file an amended complaint within 45 days of the date of this order. If Plaintiff fails to comply within the time allowed, and he cannot show good cause to excuse such failure, this action will be dismissed for failure to state a claim upon which relief may be granted. No further extensions will be granted.

SO ORDERED.

Dated:   July 1, 2022
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge