```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROBERT MERCER,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :     22-cv-2271 (LJL)
              -v-                                                 :
                                                                  :         ORDER
NEW YORK CITY HOUSING AUTHORITY,                                  :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2023

LEWIS J. LIMAN, United States District Judge:

     Plaintiff Robert Mercer ("Plaintiff") filed a letter, which was styled a motion to dismiss for lack of statutory standing. Dkt. No. 25. The letter states that the "complaint provided does not have the statutory strength to win this case." *Id.* The Court interpreted the letter as a request from Plaintiff for the Court to dismiss this case without prejudice and ordered the parties to show cause on or before April 11, 2023, why the requested relief should not be granted. Dkt. No. 26. The Court warned the parties that if no party opposed the requested relief by that date, the Court would dismiss the case without prejudice. *Id.*

     As of April 12, 2022, no party has shown cause why this case should not be dismissed. Accordingly, this case is dismissed without prejudice. The Clerk of Court is respectfully directed to close this case and terminate all pending motions.

     SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                                                     LEWIS J. LIMAN
                                                      United States District Judge